1
2
3
4
5

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

6

7  SHANNON MORLEY,

8                              Plaintiff,

9        v.

10  SCOTT BAUM and SPOKANE
    COUNTY JAIL,

11
                              Defendants,
12

13

NO:  2:20-CV-0012-TOR

ORDER DENYING LEAVE TO
PROCEED *IN FORMA PAUPERIS*
AND DISMISSING ACTION FOR
FAILURE TO PAY FILING FEE

14        By Order filed April 6, 2020, the Court directed Plaintiff, then a *pro se* pretrial

15  detainee at Spokane County Detention Services, to show cause why his application

16  to proceed *in forma pauperis* should not be denied under 28 U.S.C. § 1915(g). ECF

17  No. 7.  In the alternative, Plaintiff was granted the opportunity to pay the $400.00

18  fee ($350.00 filing fee, plus $50.00 administrative fee), to commence this action.  *Id.*

19  Mail sent to Plaintiff at Spokane County Detention Services was returned as

20  undeliverable on April 17, 2020, ECF No. 8, but re-sent to Plaintiff at the address he

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND
DISMISSING ACTION FOR FAILURE TO PAY FILING FEE -- 1

provided on April 29, 2020, after he filed a notice of change of address. ECF No. 9.

Plaintiff did not comply with the Court's directive and has filed nothing further in this action.  He has failed to overcome the preclusive effects of 28 U.S.C. § 1915(g). *See Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007) (discussing imminent danger exception to three-strikes rule).

Therefore, **IT IS ORDERED:**

1.    Plaintiff's application to proceed *in forma pauperis* is **DENIED.**

2.    This action is **DISMISSED** for failure to pay the filing fee as required by 28 U.S.C. § 1914.

**IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.  The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** May 29, 2020.



Thomas O. Rice
THOMAS O. RICE
Chief United States District Judge

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND
DISMISSING ACTION FOR FAILURE TO PAY FILING FEE -- 2